JOHN J. McMAHON, APPELLANT. v. FREDERICK RIKER, COUNTY COLLECTOR, ET AL., RESPONDENTS.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 1.

For the appellant, *J. Emil Walscheid.*

For the respondents, *John J. Dennin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.